IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHARLES JOSHUA PETTY, <br><br> Defendant. | CR 20–24–BU–DLC <br><br><br> ORDER |

Before the Court is the United States' Motion for Final Order of Forfeiture as to Defendant Charles Joshua Petty.  (Doc. 129.)  Having reviewed the motion, the Court finds:

1.    The United States commenced this action pursuant to 21 U.S.C. §§ 853, 881(a)(7), (11), and 18 U.S.C. § 924(d).

2.    Petty contested forfeiture, but the Court entered a Preliminary Order of Forfeiture on June 8, 2021.  (Docs. 99, 104.)  The Court forfeited Petty's interest in the criminal judgment but explained that "[a] final order of forfeiture as to all other interests shall be issued upon motion of the United States."  (Doc. 121 at 7.)

3.    All known interested parties were provided an opportunity to respond and publication has been complied with as required by 21 U.S.C. § 853(n)(1).  (Doc. 128.)

1

4. It appears there is cause to issue a final forfeiture order under 21 U.S.C. §§ 853, 881(a)(7), (11) and 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 129) is GRANTED.

IT IS FURTHER ORDERED that judgment of forfeiture of the following property shall enter in favor of the United States, pursuant to 21 U.S.C. §§ 853, 881(a)(7), (11) and 18 U.S.C. § 924(d), free from the claims of any other party, for the following property:

- $8,500.00 in U.S. currency.

IT IS FURTHER ORDERED the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 30th day of August, 2021.

_____
Dana L. Christensen, District Judge
United States District Court